JOSEPHINE D. SCHULTZE et al., Appellants, *v.* HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Respondent.

(Argued October 2, 1933; decided October 17, 1933.)

*Palmer Canfield* for appellants.
*Elwood C. Smith* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.